FILED:  January 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1636
_____

LANCASTER HOSPITAL CORPORATION, formerly doing business as Springs Memorial Hospital,

      Plaintiff – Appellant,

v.

XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services,

      Defendant – Appellee.

_____

O R D E R
_____

The Court amends its opinion filed on January 18, 2023, as follows:

On the cover page, the decided date is corrected to read January 18, 2023.

      For the Court – By Direction

      /s/ Patricia S. Connor, Clerk